IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | |
|---|---|
| SHEILA M. PEARSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) Civil Action No. 6:14-CV-040-C |

## ORDER

Plaintiff, Sheila M. Pearson, appealed an adverse decision of Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g). Although summonses were issued, no proof of service has been filed. On April 30, 2015, the United States Magistrate Judge ordered Plaintiff to show cause why her claims should not be dismissed for failure to timely serve the Defendant. Plaintiff never filed a response. Accordingly, the United States Magistrate Judge entered a Report and Recommendation that the above-styled and -numbered civil action should be dismissed.

It is, therefore, **ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered civil action is hereby **DISMISSED WITHOUT PREJUDICE.**

Dated this 2nd day of June, 2015.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE